IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG -3 2026

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                    MAGISTRATE NO.  1:26mj 669 -RPM

EDWARD JAMES PORTER

### MOTION TO UNSEAL COMPLAINT, ARREST WARRANT, AND AFFIDAVIT

The United States Attorney for the Southern District of Mississippi, through his

Assistant United States Attorney Hunter McCreight, hereby submits that:

1)      On July 31, 2026, the United States obtained a judicially approved Criminal

Complaint, affidavit in support of Criminal Complaint and arrest warrant in the above-referenced

matter.

2)      The defendant having been arrested, there is no longer a need to maintain the

complaint, arrest warrant and affidavit under seal.

WHEREFORE, the United States requests that the Court order that the Criminal

Complaint, arrest warrant and the affidavit in support of the Criminal Complaint, be unsealed.

Date:  ___8/1/2026___

Respectfully submitted,

J.E. BAXTER KRUGER
United States Attorney

By:  _____

HUNTER MCCREIGHT
Assistant United States Attorney
GA Bar No. 728770
1575 20th Avenue
Gulfport, MS 39501
228-563-1560 (Office)
228-563-1571 (Fax)
Hunter.McCreight@usdoj.gov