IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                         MAGISTRATE NO.  1:26mj669-RPM

EDWARD JAMES PORTER

<u>ORDER</u>

Considering the foregoing Motion of the United States, the Court finds:

1)      The defendant having been arrested, there is no longer a need to maintain the

complaint, arrest warrant and affidavit in support of the criminal complaint under

seal.

IT IS HEREBY ORDERED the Criminal Complaint, arrest warrant and the affidavit in

support of the Criminal Complaint, be unsealed.

SO ORDERED this 3rd day of August, 2026.

s/ *Bradley W. Rath*
_____

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE